I join Justice See's dissenting opinion. I write specially to express my reluctance in doing so, because of the deference this Court owes to the presumption of constitutionality that accompanies acts of the Legislature. Moore v. Mobile InfirmaryAss'n, 592 So.2d 156, 159 (Ala. 1991). If § 40-23-36(b), Ala. Code 1975, delegated to the Governor the authority to set a prompt-payment discount, in light of some *Page 836 
reasonably quantifiable criterion, such as the current financial needs of the State or prevailing interest rates or the retailer's costs of collection, a different situation would be presented. However, I am unwilling to imply the presence of such factors as being within the scope of legislative contemplation.